**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH GILL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSEPH GILL a/k/a** | : | **No. 09-5803** |
| **JAMES G. WALLACE** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **BRIAN COLEMAN, et al** | : | |

## ORDER

**AND NOW**, this 9th day of March, 2011, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus, the Report and Recommendation filed by United States Magistrate Judge Jacob P. Hart and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Hart is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.